ALAN R. BRAYTON, ESQ., CA. S.B. #73685
DAVID R. DONADIO, ESQ., CA. S.B. #154436
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLY JEFFREY and DIANA JEFFREY, <br><br>Plaintiffs, <br><br>vs. <br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al., <br><br>Defendants. | No. 3:14-cv-05585-WHO <br><br>ORDER GRANTING STIPULATION TO EXTEND BY ONE DAY FILING DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANT SCHNEIDER ELECTRIC USA, INC. (FKA SQUARE D COMPANY)'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(B)(6) |

Based on good cause shown and the stipulation of parties, IT IS HEREBY ORDERED THAT:

Plaintiffs' Response in Opposition to defendant SQUARE D's Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(6), may be filed on February 4, 2015, and is to be considered timely.

IT IS SO ORDERED.

Dated: January 30, 2015

William H. Orrick,
United States District Judge

K:\LA\121299\FED\PLD\ord stip-SQUARE mtd-ext opp deadline.wpd                          1                              KJC
ORDER GRANTING STIPULATION TO EXTEND BY ONE DAY FILING DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANT SCHNEIDER ELECTRIC USA, INC. (FKA SQUARE D COMPANY)'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(B)(6), Case No 3:14-cv-05585-WHO