UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JEFFREY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al.,<br><br>   Defendants. | Case No.  14-cv-05585-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 32, 33, 34, 35, and 36 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: March 10, 2015

_____
WILLIAM H. ORRICK
United States District Judge